**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RACHELLE MOOMEY                                                                                           PLAINTIFF

v.                                             NO. 4:14CV00279 JLH

AT&T MOBILITY CORPORATION;
AT&t MOBILITY, LLC; and
GARY BLEDSOE                                                                                           DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE